Beatrice Monahan, Virginia Lessner and Grace Diegel, Appellants, v. Chicago Transit Authority, Appellee.

Gen. No. 45,022. 

 Heard in the first division, first district, this court at the December term, 1949. Arthur S. Gomberg, for appellants; Werner W. Schroeder, William S. Allen, James O. Dwight, Geoffrey B. Fleming and Arthur J. Donovan, for appellee. Opinion by Presiding Justice Tuohy. Not to be published in full. Opinion filed June 5, 1950; released for publication June 26, 1950.